In the Matter of ROBERT B. ROTHFELD et al., as Committee of ALFRED ROTHFELD, an Incompetent Person, Appellants, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Argued June 18, 1942; decided July 29, 1942.

*Samuel B. Seidel* and *Walter Frank* for appellants.

*John J. Bennett, Jr., Attorney-General* (*John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.